UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

UNITED STATES POSTAL SERVICE. Retail

E

US POSTAGE PAID

$38.25

Origin: 90048
10/28/26
0545580069-58

PRIORITY MAIL EXPRESS®

MARISSA GRABOWSKI
8902 1/2 RANGELY AVE
WEST HOLLYWOOD CA 90048-1719

0 Lb 4.20 Oz

RDC 07

SCHEDULED DELIVERY DAY: 10/29/26 06:00 PM

SHIP TO:

B050

US DIST COURT SOUTHERN DIST OF TX
PO BOX 61010
HOUSTON TX 77208-1010

USPS TRACKING® #

9570 1133 7278 6301 4495 85

Marissa M. Grabowski
8902 1/2 Rangely Ave.
West Hollywood, CA 90048

U.S. District Court, Southern District of T
P.O. Box 61010
Houston, Texas 77208

United States Courts
Southern District of Texas
FILED
OCT 29 2026
Nathan Ochsner, Clerk of Court

GUARANTEED* ▪ TRACKED ▪ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.